# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASMINE MONTES-RAMIREZ (2),<br><br>Defendant. | Case No.: 16-CR-1500-MMA-2<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** that the Information in the above-entitled case as it relates to Defendant JASMINE MONTES-RAMIREZ be dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

DATE: December 5, 2017

HON. MICHAEL M. ANELLO
United States District Judge